IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PAMELA HARTLEY and STATE OF GEORGIA ex rel. PAMELA HARTLEY,<br><br>Plaintiff,<br><br>v.<br><br>THE HOSPITAL AUTHORITY OF VALDOSTA AND LOWNDES COUNTY, GEORGIA, d/b/a SOUTH GEORGIA MEDICAL CENTER and JOHN LANGDALE,<br><br>Defendants. | *<br>*<br>*   Case No. 7:21-cv-72 (HL)<br>*<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 12, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of October, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk